# United States District Court
## Southern District of Georgia

ALICIA BUTLER

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18CV-170

THE GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated December 21, 2018, granting Defendants' Motions for judgment on pleadings, judgment is entered in favor of Defendants Georgia Correctional Healthcare, Georgia Department of Behavioral Health and Developmental Disabilities, Georgia State Prison, The Board of Regents of the University System of Georgia, The Georgia Department of Corrections, Marty Allen, Timothy Ward, and Stanley Williams. This case stands closed.

Approved by: _____

January 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk