**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| ALICIA BUTLER, | |
|     Plaintiff - Appellant, | CIVIL ACTION NO.: 6:18-cv-170 |
| v. | |
| THE GEORGIA DEPARTMENT OF CORRECTIONS, et al., | |
|     Defendants - Appellees. | |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court. This case remains **CLOSED**.

**SO ORDERED**, this 7th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA